1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   LISA LOVETT,                      Case No.  2:12-cv-08276-JAK-E

12              Plaintiff,
                                       **JUDGMENT**
13   v.
                                       JS-6
14   SUNTRUST MORTGAGE; TRUSTEE
     CORPS; and DOES 1 through 50,     Date:     December 17, 2012
15                                     Time:     8:30 a.m.
                Defendants.            Ctrm:     750 - 7th Floor
16                                     Judge:    Hon. John A. Kronstadt

17                                     Complaint Filed: August 29, 2012
                                       Removal Filed: September 25, 2012
18

19   / / / /
20   / / / /
21   / / / /
22   / / / /
23   / / / /
24   / / / /
25   / / / /
26   / / / /
27   / / / /
28   / / / /

1    On December 17, 2012, the Court granted the motion to dismiss of plaintiff
2    Lisa Lovett's complaint filed by defendant MTC Financial Inc. dba Trustee Corps.
3    Therefore, for good cause appearing,
4    It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be
5    entered in favor of defendant MTC Financial Inc. dba Trustee Corps and against
6    plaintiff Lisa Lovett. This action against defendant MTC Financial Inc. dba Trustee
7    Corps is dismissed with prejudice.
8
9
10   Dated: _January 9, 2013_   _
11                                          JOHN A. KRONSTADT
                                            United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4828-3788-2898 v1                          - 2 -