UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LOVETT,<br><br>        Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE; TRUSTEE CORPS; and DOES 1 through 50,<br><br>        Defendants. | Case No. 2:12-cv-08276-JAK-E<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Date:    December 17, 2012<br>Time:   8:30 a.m.<br>Ctrm:   750 - 7th Floor<br>Judge:  Hon. John A. Kronstadt<br><br>Complaint Filed: August 29, 2012<br>Removal Filed: September 25, 2012 |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1    On December 17, 2012, the Court granted the motion to dismiss of plaintiff
2    Lisa Lovett's complaint filed by defendant MTC Financial Inc. dba Trustee Corps.
3    Therefore, for good cause appearing,
4    It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be
5    entered in favor of defendant MTC Financial Inc. dba Trustee Corps and against
6    plaintiff Lisa Lovett. This action against defendant MTC Financial Inc. dba Trustee
7    Corps is dismissed with prejudice.

10    Dated: January 9, 2013

JOHN A. KRONSTADT
United States District Judge