1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | LISA LOVETT | Case No. 12-cv-08276-JAK (Ex) |
|---|---|---|
| 12 | Plaintiff, | Hon. Judge John A. Kronstadt |
| 13 | | |
| 14 | v. | **JUDGMENT** |
| 15 | SUNTRUST MORTGAGE;, TRUSTEE CORPS;, and DOES 1 through 50 inclusive | JS-6 |
| 16 | | |
| 17 | Defendants | Date:  December 17, 2012<br>Time:  8:30 a.m.<br>Ctrm.: 750 – 7th Floor |
| 18 | | |
| 19 | | |
| 20 | | Complaint Filed: August 29, 2012<br>Removal Filed: September 25, 2012 |

21
22
23
24
25
26
27
28

{25605114;1}                              1                    CASE NO. 12-CV-08276-JAK (Ex)

**JUDGMENT**

1    On December 17, 2012, the Court granted the motions to dismiss plaintiff Lisa
2  Lovett's complaint filed by defendants SunTrust Mortgage, Inc. and MTC Financial Inc.
3  dba Trustee Corps.
4    Therefore, for good cause appearing,
5    It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be
6  entered in favor of defendants SunTrust Mortgage, Inc. and MTC Financial Inc. dba
7  Trustee Corps and against plaintiff Lisa Lovett.  This action is dismissed with prejudice.

Dated: January 9, 2013

_____
JOHN A. KRONSTADT
United States District Judge